BEFORE THE THIRD DIVISION, DECEMBER 2, 1952

No. 56962.—Arthur R. Cone, Inc., and Alltransport, Inc., et al. *v.* United States, protests 177131–K, etc. (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed (*Lotus corniculatus*) similar in all

material respects to that the subject of *Transcontinental Seed, Inc. (Alltransport, Incorporated)* v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiffs was sustained.